■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN HARRISON, Also Known as SHAWN HARRISON, Appellant. [845 NYS2d 210]—Judgment, Supreme Court, Bronx County (Seth L. Marvin, J.), rendered on or about June 16, 2006, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Saxe, Nardelli, McGuire and Malone, JJ.